# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2096.  OLIVIA BOYCE v. THERESA ANN MULL.**

On December 20, 2017, the trial court dismissed Olivia Boyce's petition for a stalking temporary protective order.  Boyce filed a motion for reconsideration, which the trial court denied on June 5, 2018.  Boyce then filed this appeal on June 22, 2018.  We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Here, Boyce filed her notice of appeal more than 30 days after the trial court's December 20, 2017 dismissal order.  Further, the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271-272 (326 SE2d 5) (1985).  Thus, Boyce's appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/02/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____ , Clerk.